# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                                        Chapter 13

LAMONT RAGSDALE, SR.                                Bankruptcy No. 22-10986-AMC

79 W Sharpnack Street

Philadelphia, PA 19119

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LAMONT RAGSDALE, SR.

    79 W Sharpnack Street

    Philadelphia, PA 19119

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 6/7/2022                                                                                                       /s/ Kenneth E. West

                                                                                                 _____
                                                                                                  Kenneth E. West, Esquire
                                                                                                  Chapter 13 Standing Trustee