```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE                    :    CHAPTER 13
                              :
  Lamont Ragsdale, Sr.        :    No. 22-10986-AMC
        Debtor                :
```

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE


Debtor, by attorney David M. Offen, has filed an Application Excuse Debtor, Lamont Ragsdale, Sr., from Completing the Domestic Support Obligation Certification.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **February 6, 2024,** you or your attorney must do all of the following:

(a)  file an answer explaining your position at:
     Office of the Clerk
     U.S. Bankruptcy Court
     900 Market Street, Suite 400
     Philadelphia, Pa. 19107

If you mail your answer to the Bankruptcy Clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's Attorney
    David M. Offen, Esquire
    The Curtis Center
    601 Walnut Street, Suite 160 West
    Philadelphia, Pa. 19106
    215-625-9600
    Fax 215-625-9734

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee
    P.O. Box 40837
    Philadelphia, PA 19107

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge on **February 28, 2024** at **11:00 AM** in Courtroom **#4,** United States Bankruptcy Court, 900 Market Street, 2nd Floor.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.