IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Lamont Ragsdale, Sr. | : | No. 22-10986-AMC |
| Debtor | : | |

ORDER

**AND NOW**, this <u>14th</u> day of <u>Feb.</u>, 2024, upon consideration of the Application to Excuse Debtor, Lamont Ragsdale, Sr., Completing Domestic Support Obligation Certification.

It is hereby **ORDERED** and **DECREED** that the Debtor is EXCUSED as he is deceased.

_____
**HONORABLE ASHELY M. CHAN**
**UNITED STATED BANKRUPTCY JUDGE**